IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JORDAN BLAKE MORRISON,

        Appellant,

                                        Case No.      5D22-784
   v.                                   LT Case No. 2016-CF-002847-A


STATE OF FLORIDA,

        Appellee.

_____/

Decision filed January 17, 2023

Appeal from the Circuit Court
for Seminole County,
Melissa Souto, Judge.

Matthew J. Metz, Public Defender, and
Teresa D. Sutton, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kristen L. Davenport,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

        AFFIRMED.

WALLIS, EDWARDS and EISNAUGLE, JJ., concur.